**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $54,485.42 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER10147-00538, et al.,<br><br>　　　　Defendants | CV F 05-1416 FVS SMS<br><br>ORDER RELATING CASE<br><br><br>**NEW CASE NUMBER:**<br><br>CV F 05-1416 AWI SMS |

　　　The court finds that the above-captioned action is similar to CV F 05-1267 AWI SMS in that both cases appear to involve similar questions of fact and law and assignment to the same judge is likely to effect a substantial savings of judicial effort. <u>See</u> Local Rule 83-123. Therefore, IT IS HEREBY ORDERED THAT the above-captioned action is reassigned to the same judge and magistrate judge as CV F 05-1267 AWI SMS.  IT IS FURTHER ORDERED THAT all future pleadings filed in the above-captioned action shall include the new case number, CV F 05-1416 AWI SMS.

IT IS SO ORDERED.

**Dated:　November 29, 2005**　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE