```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 O Street
 4  Fresno, California 93721
    Telephone: (559) 498-7272
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,
11                                     1:05-CV-01416-FVS-SMS
                Plaintiff,
12        v.                           APPLICATION AND ORDER
                                       FOR PUBLICATION
13  APPROXIMATELY $54,485.42 IN U.S.
    CURRENCY SEIZED FROM BANK OF
14  AMERICA ACCOUNT NUMBER 10147-
    00538,
15
    APPROXIMATELY $2,433.40 IN U.S.
16  CURRENCY SEIZED FROM BANK OF
    AMERICA ACCOUNT NUMBER 00105-
17  01684, AND
18  APPROXIMATELY $2,853.11 IN U.S.
    CURRENCY SEIZED FROM BANK OF
19  AMERICA ACCOUNT NUMBER 10145-
    01502,
20
                Defendants.
21
22       The United States of America, plaintiff herein, applies for an
23  order of publication as follows:
24       1.   Rule C(4) of the Supplemental Rules for Certain Admiralty
25  and Maritime Claims provides that the plaintiff shall cause public
26  notice of the action and arrest to be given in a newspaper of
27
28
```

general circulation in the district, designated by order of the Court;

    2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

    3.   The defendant property is located in Fresno County, Fresno, California;

    4.   Plaintiff proposes that publication be made as follows:

        a.   One publication;

        b.   In the following newspaper, a legal newspaper of general circulation, located in the county in which the defendant property is located: <u>Fresno Business Journal</u>

        c.   The publication to include the following:

            (1)   The Court, title and number of the action;

            (2)   The date of the arrest/posting;

            (3)   The identity and/or description of the property arrested/posted;

            (4)   The name, address and telephone number of the attorney for the plaintiff;

            (5)   A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule C(6) of the Federal Rules of Admiralty must be filed with the Clerk and served on the attorney for the plaintiff within 30 days after the date of publication;

            (6)   A statement that answers to the complaint must be filed and served within 20 days after the filing of the claim and, in the absence thereof, default may be entered and condemnation ordered;

2

(7)  A statement that applications for intervention under Fed. R. Civ. P. 24 by persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims for possession; and

(8)  The name, address, and telephone number of the U.S. Marshal and/or Department of Treasury.

DATE: 11/8/05                McGREGOR W. SCOTT
                             United States Attorney

                             /s/ Karen A. Escobar
                             KAREN A. ESCOBAR
                             Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   November 30, 2005**              **/s/ Sandra M. Snyder**
icido3                             UNITED STATES MAGISTRATE JUDGE

3