McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>APPROXIMATELY $54,485.42 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 10147-00538,<br><br>APPROXIMATELY $2,433.40 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 00105-01684, AND<br><br>APPROXIMATELY $2,853.11 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 10145-01502,<br><br>　　　　　Defendants.<br><br>SANTOS RAFAEL ISLAS RAMIREZ,<br><br>　　　　　Potential Claimant. | 1:05-CV-01416-AWI-SMS<br><br>FINAL JUDGMENT OF FORFEITURE |

　　　　Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

　　　　1.　　This is a civil forfeiture action against defendants approximately $54,485.42 in U.S. Currency seized from Bank of America account number 10147-00538 on June 16, 2005; approximately

1  $2,433.40 in U.S. Currency seized June 16, 2005, from Bank of America account number 00105-01684;
2  and approximately $2,853.11 in U.S. Currency seized June 16, 2005, from Bank of America account
3  number 10145-01502 (hereinafter collectively referred to as the "defendant funds").
4       2.     A Verified Complaint for Forfeiture *In Rem* was filed on November 8, 2005, seeking the
5  forfeiture of the defendant funds, alleging that said funds are subject to forfeiture to the United States of
6  America pursuant to 18 U.S.C. § 981(a)(1)(C).
7       3.     On or about November 8, 2005, in accordance with said Complaint, a Warrant and
8  Summons for Arrest of Articles *In Rem* was issued for the defendant funds.  The defendant funds were
9  arrested on or about November 23, 2005.  <u>See</u> Process Receipt and Returns filed December 1, 2005.
10      4.     On December 23, 2005, a Public Notice of Arrest of the defendant funds appeared by
11 publication in the Fresno Business Journal, a newspaper of general circulation in the county in which the
12 defendant funds were seized (Fresno County).  The Declaration of Publication was filed with the Court
13 on January 6, 2006.
14      5.     In addition to the Public Notice of Arrest having been completed, actual notice was served
15 on Santos Rafael Islas Ramirez and Ramiro Barragan.  To date no claims or answers have been filed by
16 or on behalf of Santos Rafael Islas Ramirez or Ramiro Barragan and the time for which any person or
17 entity may file a claim and answer has expired.
18      Based on the above findings, and the files and records of the Court, it is hereby
19      ORDERED AND ADJUDGED:
20      1.     The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and
21 between the parties to this action.
22      2.     Upon entry of this Final Judgment of Forfeiture, the defendant funds, namely
23 approximately $54,485.42 in U.S. Currency seized  from Bank of America account number 10147-
24 00538 on June 16, 2005; approximately $2,433.40 in U.S. Currency seized June 16, 2005, from Bank
25 of America account number 00105-01684; and approximately $2,853.11 in U.S. Currency seized
26 June 16, 2005, from Bank of America account number 10145-01502 , together with any interest that
27 may have accrued, shall be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), to be
28

disposed of according to law.

3. Plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant funds. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waive the provisions of California Civil Code §1542.

4. There was reasonable cause for the seizure of defendant funds, and the Court will enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

5. All parties are to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:     October 13, 2006**              /s/ Anthony W. Ishii
0m8i78                                           UNITED STATES DISTRICT JUDGE

3